# United States District Court
## Eastern District of Michigan

| | |
|---|---|
| United States of America<br><br>V.<br><br>MITSUBA CORPORATION | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 13CR20712-1<br>USM Number:<br><br>George A. Nicoud III<br><span style="font-size:smaller">Defendant's Attorney</span> |

## THE DEFENDANT:

■ Pleaded guilty to count(s)  **1 and 2 of the Information**.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 15 U.S.C. § 1 | Conspiracy to Restrain Trade | February 2010 | 1 |
| 18 USC § 1519 | Obstruction of Justice | 2/24/10 | 2 |

   The defendant is sentenced as provided in pages **2 through 3** of this judgment.  This sentence is imposed pursuant to the Sentencing Reform Act of 1984

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 6, 2013
Date of Imposition of Judgment

s/George Caram Steeh
United States District Judge

November 06, 2013
Date Signed

DEFENDANT:  MITSUBA CORPORATION
CASE NUMBER:  13CR20712-1

# CRIMINAL MONETARY PENALTIES

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 800.00 | $ 135,000,000.00 | $ 0.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS:** | $ 0.00 | $ 0.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B  [Rev. 12/08] Judgment in a Criminal Case
     Sheet 6 - Schedule of Payments

Judgment-Page 3 of 3

DEFENDANT:  MITSUBA CORPORATION
CASE NUMBER:  13CR20712-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:
[A] Lump sum payment of **$800.00** due immediately.

[F] Special instructions regarding the payment of criminal monetary penalties:  **$135 million criminal fine is imposed and may be paid by wire transfer.  $10 million payable within thirty (30) days of imposition of sentence and five installments of $25 million payable at the one-through five-year anniversaries of sentencing with interest waived.  Defendant has the option at any time before the five-year anniversary of prepaying the remaining balance then owing on the fine.**

Unless the court has expressly ordered otherwise in the special instructions above, while in custody, the defendant shall participate in the Inmate Financial Responsibility Program.  The Court is aware of the requirements of the program and approves of the payment schedule of this program and hereby orders the defendant's compliance.  All criminal monetary penalty payments are to be made to the Clerk of the Court, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.